IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TODD HARMS                                                                                      PLAINTIFF

v.                                              CASE NO. 2:21-CV-2095

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc 19) from Chief United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this August 17, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE